IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LAURIE MARCOTTE,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC; TRANSUNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | CV 18-3-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Experian Information Solutions, Inc. moves for the admission of Angela M. Taylor to practice before this Court in this case with Thomas J. Leonard to act as local counsel. (Doc. 23) Ms. Taylor's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Angela M. Taylor *pro hac vice* is **GRANTED** on the condition that Ms. Taylor shall do her own work. This means that Ms. Taylor must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Taylor may move for the admission *pro hac vice* of one (1) associate of her firm. Such associate, if duly

1

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Taylor.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Taylor, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 17th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge