

FILED

OCT - 9 2018

Clerk, U S District Court
District Of Montana
Billings

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LAURIE MARCOTTE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Cause No. CV 18-03-BLG-SPW-TJC<br><br>**ORDER** |

Upon review of the Stipulation to Dismiss Equifax Information Services LLC ("Equifax") with Prejudice (Doc. 37), and for good cause being shown,

IT IS HEREBY ORDERED that all claims against Equifax are **DISMISSED WITH PREJUDICE**. As Equifax was the last remaining defendant, all deadlines and dates set by the Court are **VACATED**, and this case is now closed.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 9th day of October, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge